UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Paula Zelesnik,
    Plaintiff(s),

v.

Case. No. 1:18cv433
(Black, J.; Litkovitz, M.J.)

GE (General Electric), et al.,
    Defendant(s).

## ORDER

The Honorable Karen L. Litkovitz hereby recuses herself from the above-captioned case and hereby transfers the referral of this matter to the docket of Magistrate Judge Stephanie K. Bowman for further proceedings.

SO ORDERED.

Date 7/2/18

awh  July 2, 2018

Karen L. Litkovitz
United States Magistrate Judge